UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLEMAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>et al.,<br><br>            Defendants. | 1:11-cv-01587-GSA-PC<br><br>ORDER ADDRESSING PLAINTIFF'S RESPONSE TO COURT'S ORDER OF SEPTEMBER 22, 2011<br>(Doc. 5.)<br><br>ORDER FOR PLAINTIFF TO COMPLY WITH COURT'S ORDER OF SEPTEMBER 22, 2011<br>(Doc. 3.)<br><br>ORDER FOR PLAINTIFF TO EITHER SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE FOR THIS ACTION, WITHIN FORTY-FIVE DAYS<br><br>ORDER FOR CLERK TO SEND IFP APPLICATION TO PLAINTIFF |

Robert Coleman ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 20, 2011, against defendants California Department of Corrections and Rehabilitation ("CDCR"), Susan L. Hubbard, Scott Kernan, and Robin Dezember. (Doc. 1.)

On October 24, 2011, Plaintiff filed a response to the Court's order of September 22, 2011 which required him to submit an application to proceed in forma pauperis ("IFP application") or pay the filing

1

fee for this action within forty-five days. (Doc. 5.) Plaintiff asserts that he previously submitted an IFP application for this action, and the Clerk mistakenly filed the IFP application in Plaintiff's other pending case, 1:09-cv-00224-DLB-PC; Coleman v. CDCR.

According to the court record, Plaintiff filed an IFP application in case 1:09-cv-00224-DLB-PC; Coleman v. CDCR on September 12, 2011. (Doc. 60 in case 1:09-cv-00224-DLB-PC.) It is plausible that the IFP application, which Plaintiff intended for the present action, was filed by the Clerk in Plaintiff's other pending action, particularly since the case caption, Coleman v. CDCR, is the same in both actions. However, the Clerk was not mistaken in filing the IFP application in case 1:09-cv-00224-DLB-PC, because when the Court received the IFP application on September 12, 2011, Plaintiff's only pending action at this Court was case 1:09-cv-00224-DLB-PC. The Court did not receive Plaintiff's Complaint for the present action until September 20, 2011, eight days after the IFP application was filed. Under these facts, the Court finds that Plaintiff submitted the IFP application prematurely. Therefore, Plaintiff must submit another IFP application for the present action, or in the alternative, pay the $350.00 filing fee, in compliance with the Court's order. Plaintiff shall be granted an extension of time to comply with the September 22, 2011 order.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff is required to comply with the Court's order of September 22, 2011;
2. The Clerk shall send Plaintiff an IFP application; and
3. Within forty-five days from the date of service of this order, Plaintiff shall submit a completed IFP application or pay the $350.00 filing fee for this action, pursuant to the Court's order of September 22, 2011.

IT IS SO ORDERED.

Dated:   **October 25, 2011**          /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE