IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLEMAN,<br><br>　　　　Plaintiff,<br>　vs.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:11-cv-01587-GSA (PC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2011, Plaintiff filed an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915, in response to the court's order of October 25, 2011. (Docs. 6, 7.) However, plaintiff's application to proceed in forma pauperis was deficient because plaintiff did not sign it. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; F.R.C.P. 11(a).

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　Within thirty (30) days of the date of service of this order, plaintiff shall submit the enclosed application to proceed in forma pauperis, **with plaintiff's original signature**, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff is not required to submit another copy of his prison trust account statement.

　　　**Failure to comply with this order will result in dismissal of this action**.

　　　IT IS SO ORDERED.

　　　Dated:　**November 22, 2011**　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE